### The Law Office of Avram E. Frisch LLC
A New Jersey limited liability company
201-289-5352
Fax: 866-883-9690
avi@avifrischlaw.com

4 Forest Avenue –Suite 200
Paramus, New Jersey 07652
Mail to New Jersey Address

349 West 87th Street
New York, New York 10024

March 18, 2014

Judge Cathy L. Waldor, U.S.M.J.
Martin Luther King Courthouse
50 Walnut St. – Courtroom 4K
Newark, New Jersey

**<u>Via ECF and Facsimile</u>**

  Re: Darren Commander v. Craig Largmann et al. 2:13-cv-06222

Dear Judge Waldor:

  This firm represents the Plaintiff in the above referenced action. Counsel for Defendants Largmann and Parsley has consented to an adjournment of the pending Rule 16 conference so that the Plaintiff's underlying criminal proceeding can reach its conclusion. Upon receipt of confirmation of the adjournment, I will mail a letter to the pro se defendants informing them of the adjournment.

  Thank you for your courtesies in this matter.

            Very truly yours,

            *Avram E. Frisch*

            Avram E. Frisch

Cc: Roosevelt Jean Esq.