UNITED STATES DISTRICT COURT  **CLOSED**
DISTRICT OF NEW JERSEY

---

DARREN COMMANDER,

                Plaintiff,

v.

DETECTIVE CRAIG LARGMANN,
DETECTIVE TAMI SISK PARSLEY,
SCOTT SMITH, JAMIE SMITH,
LAUREN YOUMANS, JOHN DOES 1-10

                Defendants.

Civil Action No. 13-6222 (SRC)(CLW)

**ORDER OF DISMISSAL**

This matter having come before the Court

**IT IS** on this 13TH day of JULY, 2017,

**ORDERED** that this case be and is hereby dismissed without prejudice.

                              s/ Stanley R. Chesler
                              STANLEY R. CHESLER
                              United States District Judge